IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, | No. C 07-2728 RMW (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | |
| DR. DAVY WU, et al., | |
| Defendants. | |

On May 23, 2007, plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On that same day, the court sent a notification to plaintiff that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis with the accompanying certificate of funds signed by an authorized prison official and a copy of his trust account statement showing transactions for the preceding six months. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days.

\\\

1  On June 28, 2007, plaintiff filed a letter with the court concerning his in forma pauperis
2  application.  On August 3, 2007, plaintiff filed a letter with the court concerning his
3  medical treatment at San Quentin State Prison.
4       As of the date of this order, plaintiff has not paid the filing fee or submitted an
5  application to proceed in forma pauperis.  Accordingly, the court will grant plaintiff an
6  extension of time to file a completed in forma pauperis application within **thirty**
7  **days** from the date of this order.  In the alternative, plaintiff may pay the $350.00 filing
8  fee.  Plaintiff shall include with his payment a clear indication that it is for this case
9  number, C 07-2728 RMW (PR).  Failure to submit a completed in forma pauperis
10 application or pay the filing fee within the court's deadline will result in the court
11 dismissing the case without prejudice for failure to file a completed in forma pauperis
12 application or pay the filing fee.
13      IT IS SO ORDERED.
14 DATED: 9/4/2007                   *Ronald M. Whyte*
                                       RONALD M. WHYTE
15                                     United States District Judge

1  This is to certify that on ___9/10/2007_____, a copy of this ruling was mailed to the following:

2

3  Patrick Wilson
   T-50230
4  San Quentin State Prison
   San Quentin, CA 94974

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Extension of Time to File in Forma Pauperis Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\cr.07\Wilson728ifpext         3