IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON,            ) | No. C 07-2728 RMW (PR) |
|                    Plaintiff,  ) | ORDER OF DISMISSAL |
|   vs.                                 ) | |
| DR. DAVY WU, et al.,        ) | |
|                    Defendants. ) | |

On May 23, 2007, plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On that same day, the court sent a notification to plaintiff that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis with the accompanying certificate of funds signed by an authorized prison official and a copy of his trust account statement showing transactions for the preceding six months. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days.

\\\

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Wilson728disifp                    1

1   On June 28, 2007, plaintiff filed a letter with the court concerning his in forma pauperis application. On August 3, 2007, plaintiff filed a letter with the court concerning his medical treatment at San Quentin State Prison.

On September 10, 2007, the court, <u>sua</u> <u>sponte</u>, granted plaintiff an extension of time to submit his in forma pauperis application and supporting documentation, or pay the filing fee, within thirty days. The court notified plaintiff that failure to submit the in forma pauperis application with supporting documentation or pay the filing fee within the court's deadline would result in the court dismissing the case without prejudice for failure to file a completed in forma pauperis application or pay the filing fee.

As of the date of this order, plaintiff has not filed a completed in forma pauperis application, paid the filing fee, or communicated with the court. Accordingly, the instant civil rights action is DISMISSED without prejudice for failure to file a completed in forma pauperis application or pay the filing fee. The clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 10/15/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on    10/18/2007   , a copy of this ruling was mailed to the following:

2

3  Patrick Wilson
T-50230
4  San Quentin State Prison
San Quentin, CA  94974

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28