IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, ) | No. C 07-2728 RMW (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| DR. DAVY WU, et al., ) | |
| Defendants. ) | |

The court has dismissed the instant civil rights action without prejudice for plaintiff's failure to file a completed in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/16/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.07\Wilson728jud                1

1 | This is to certify that on ___10/18/2007_____, a copy of this ruling was mailed to the following:

2

3 | Patrick Wilson
T-50230
4 | San Quentin State Prison
San Quentin, CA  94974

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28